UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>vs.<br><br>ALL AMERICAN RENTALS, INC., et al,<br><br>    Defendants. | Case No.: C-12-02758-YGR<br><br>**ORDER TO SHOW CAUSE AND NOTICE RE-SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Case Management Statement in advance of the Case Management Conference scheduled for February 11, 2013. The Court's Standing Order in Civil Cases states that "[j]oint case management statements are required and must be filed <u>seven</u> days in advance of the initial case management conference date. . . . In cases involving pro se litigants, the parties may file separate case management statements. The format shall follow the Standing Order for All Judges of the Northern District of California re: Contents of Joint Case Management Statement . . . found on the Court's website at http://cand.uscourts.gov/ygr."  (*See* Section 6.)

A hearing on this Order to Show Cause will be held on <u>Monday, March 4, 2013</u> at 2:00 p.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. By February 25, 2013, each party and/or counsel must file either: (1) a Case Management Statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a Case Management Statement. Failure to file a Case Management Statement, written

1  response or to appear personally will be deemed an admission that no good cause exists and that the
2  imposition of monetary sanctions is appropriate.
3      The Court hereby **CONTINUES** the February 11, 2013 Case Management Conference to <u>March
4  4, 2013 at 2:00 p.m.</u>
5      **IT IS SO ORDERED.**

7  Dated: February 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**