1

2

3                                    UNITED STATES DISTRICT COURT

4                                 NORTHERN DISTRICT OF CALIFORNIA

5

6

7    HILDA L. SOLIS, Secretary of Labor, United        Case No.: C-12-02758-YGR
     States Department of Labor,
8                                                       **ORDER TO SHOW CAUSE AND NOTICE RE-
               Plaintiff,                               SETTING CASE MANAGEMENT CONFERENCE**
9
          vs.
10
     ALL AMERICAN RENTALS, INC., et al,
11
               Defendants.
12

13   TO ALL PARTIES AND COUNSEL OF RECORD:

14         The parties are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for

15   failure to timely file a Case Management Statement in advance of the Case Management Conference

16   scheduled for February 11, 2013.  The Court's Standing Order in Civil Cases states that "[j]oint case

17   management statements are required and must be filed <u>seven</u> days in advance of the initial case

18   management conference date. . . . In cases involving pro se litigants, the parties may file separate case

19   management statements.  The format shall follow the Standing Order for All Judges of the Northern

20   District of California re: Contents of Joint Case Management Statement . . . found on the Court's

21   website at http://cand.uscourts.gov/ygr."  (*See* Section 6.)

22         A hearing on this Order to Show Cause will be held on <u>Monday, March 4, 2013</u> at 2:00 p.m.,

23   in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.  By February 25,

24   2013, each party and/or counsel must file either: (1) a Case Management Statement, which includes a

25   statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a

26   written response to this Order to Show Cause why they should not be sanctioned for their failure to

27   timely file a Case Management Statement.  Failure to file a Case Management Statement, written

28

United States District Court
Northern District of California

1  response or to appear personally will be deemed an admission that no good cause exists and that the

2  imposition of monetary sanctions is appropriate.

3         The Court hereby **CONTINUES** the February 11, 2013 Case Management Conference to <u>March

4  4, 2013 at 2:00 p.m.</u>

5         **IT IS SO ORDERED.**

6

7  Dated: February 6, 2013

8                                                         _____
                                                          **YVONNE GONZALEZ ROGERS**
9                                                         **UNITED STATES DISTRICT COURT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2