UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS E. PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>ALL AMERICAN RENTALS, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-02758-JST<br><br>**ORDER RE: DEFAULT JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE** |
|---|---|

On August 2, 2013, the Clerk of Court entered default against all Defendants. Plaintiffs have not moved for default judgment. The Court hereby ORDERS as follows:

1. If Plaintiffs intend to seek default judgment against any Defendant, they shall so move by no later than December 16, 2013.

2. The Case Management Conference currently scheduled for October 16, 2013, is hereby CONTINUED to January 15, 2014, at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 15, 2013

                            JON S. TIGAR
                       United States District Judge