UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>vs.<br><br>ALL AMERICAN RENTALS, INC., a California corporation; MICHAEL CARTER, an individual; and the AAR, INC. INC. 401(K) PLAN, an employee pension benefit plan,<br><br>Defendants. | Case No. C 12-02758-JST<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ALL AMERICAN RENTALS, INC. AND MICHAEL CARTER CURRENTLY SCHEDULED FOR FEBRUARY 5, 2014 |

PLAINTIFF THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor (the "Secretary"), having requested a continuance on his Motion for Default Judgment against Defendants All American Rentals, Inc. ("AAR" or the "Company") and Michael Carter ("Carter") pursuant to L.R. 7-7(b)(2), and for good cause shown, it is hereby:

**ORDERED**:

The hearing currently scheduled on the Secretary's Motion for Default Judgment Against Defendants All American Rentals, Inc. and Michael Carter is CONTINUED until 1:00 PM on _____March 26_____, 2014. Plaintiff must provide notice of the continued hearing date to the defendants in the same manner used by plaintiff to serve the motion for default judgment.

IT IS SO ORDERED.

DATED: ___January 23___, 2014



_____
ATE JUDGE
Judge Nathanael M. Cousins
GRANTED

Proposed Order CV-12-2758 JST