JANET M. HEROLD
Regional Solicitor
DANIELLE L. JABERG
Counsel for ERISA
CA State Bar No. 256653
LEON PASKER
Senior Trial Attorney
HI State Bar No. 8505
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, California  94103
Telephone (415) 625-7743
Fax (415) 625-7772
Email:  pasker.leon@dol.gov

Attorneys for Plaintiff,
United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>vs.<br><br>ALL AMERICAN RENTALS, INC., a California corporation; MICHAEL CARTER, an individual; and the AAR, INC. INC. 401(K) PLAN, an employee pension benefit plan,<br><br>Defendants. | Case No.  C 12-02758-JST<br><br>ORDER ALLOWING ~~NOTICE OF~~ **WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT CURRENTLY SCHEDULED FOR HEARING ON MARCH 26, 2014**<br><br><br>**HON. NATHANEAL COUSINS** |

Plaintiff THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor (the "Secretary"), hereby requests, pursuant to Civil L.R. 7-7(e), that the Court allow the

~~Notice of~~ Withdrawal of Motion
CV-12-2758 JST

Secretary to withdraw the motion for default judgment scheduled for hearing on March 26, 2014 for the following reasons.

The Secretary and unrepresented Defendant Michael Carter continue their efforts to resolve this matter and expect to file a consent judgment for the Court's approval. However, the parties will not be prepared to resolve this matter prior to the hearing scheduled for March 26, 2014 before the honorable Court. On March 25, 2014 undersigned counsel for the Secretary discussed the instant notice and request for withdrawal with Mr. Carter. Mr. Carter did not object. The Secretary advised Mr. Carter that his appearance at the hearing tomorrow would not be necessary. The Secretary recognizes that he is requesting withdrawal outside of the time for filing and serving a reply pursuant to L.R. 7-7(e). Therefore, the Secretary respectfully requests that the Court allow withdrawal of the motion.

Respectfully submitted,

Dated: March 25, 2014,

M. PATRICIA SMITH
Solicitor of Labor

JANET HEROLD
Regional Solicitor

DANIELLE JABERG
Counsel for ERISA

By:   /s/ Leon Pasker
LEON PASKER

Senior Trial Attorney
For Thomas E. Perez, Secretary,
United States Department of Labor

The request to withdraw the motion is granted. Any party may object to this recommendation within 14 days after being served with a copy. Fed. R. Civ. P. 72(b).

Dated: March 26, 2014



IT IS SO ORDERED
Judge Nathanael M. Cousins

Notice of Withdrawal of Motion
CV-12-2758 JST